UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD. N.W.
ALBUQUERQUE, NEW MEXICO 87102

OFFICIAL BUSINESS

Eugene Jaramillo
69602

RECEIVED
At Albuquerque NM
JUL 0 2 2012
MATTHEW J. DYKMAN
CLERK

NIXIE     871    4C 1    05/29/12
         RETURN TO SENDER
         ATTEMPTED - NOT KNOWN
         UNABLE TO FORWARD
BC: 87102227470    *1755-05045-20-34