IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EUGENE JARAMILLO,

    Plaintiff,

v.                                                      Civ. 12-155 JAP/GBW

SHANNON HAISTEN, DEAN TORRES,
CHERYL FRAISER, FNU KEAR, L. SNEDDEN,
BILLY RYE,

    Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter comes before the Court on the Court's Order to Show Cause. *Doc. 25*. Defendants filed a Motion to Dismiss on September 7, 2012. *Doc. 17*. Plaintiff failed to respond Defendants' Motion to Dismiss within the required period. On December 5, 2012, Defendants filed a document styled as a reply to their own Motion, in which they requested that their Motion to Dismiss be granted. *Doc. 23*. The Court issued an Order to Show Cause against Plaintiff on January 3, 2013, requiring a response from Plaintiff within 17 days of the filing of the Order. *Doc. 25*. Plaintiff failed to respond to the Order to Show Cause.

The Magistrate Judge filed his Proposed Findings and Recommended Disposition (PFRD) on January 28, 2013. *Doc. 26*. He recommended dismissal of Plaintiff's action for failure to prosecute. *Id.* at 4.

Plaintiff has filed no objections to the PFRD, and, upon review of the record, I concur with the Magistrate Judge's findings and recommendations.

Wherefore, IT IS HEREBY ORDERED that the Magistrate Judge's Proposed Findings and Recommended Disposition, *doc. 26*, is ADOPTED. Plaintiff's claims are DISMISSED.

*[signature: James A. Parker]*
_____
SENIOR UNITED STATES DISTRICT JUDGE